SMITHERS v. COLLINS

No. 246 PC.

Case below: 52 N.C. App. 255.

Petition by defendant for discretionary review under G.S. 7A-31 denied 17 August 1981.

SOUTHLAND ASSOCIATES, INC. v. PEACH

No. 245 PC.

Case below: 52 N.C. App. 340.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 17 August 1981.

STATE v. BLACK

No. 185 PC.

Case below: 51 N.C. App. 687.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 17 August 1981.

STATE v. CAMPBELL

No. 154 PC.

Case below: 51 N.C. App. 710.

Petition by defendant for discretionary review under G.S. 7A-31 denied 17 August 1981.

STATE v. COASEY

No. 271 PC.

Case below: 51 N.C. App. 450.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 17 August 1981.